Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No.: CV 01-1755 GHK (RCx)              Date: September 21, 2004

Title: The Estate of Surya Narayana Marellapudi, et al. vs. Singapore Airlines

==============================================================================

PRESENT: **HONORABLE DICKRAN TEVRIZIAN, JUDGE**

**Valencia R. Vallery**                      **None Present**
Courtroom Deputy                             Court Recorder

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:


PROCEEDINGS: SETTLEMENT CONFERENCE (In chambers)

X  Case settles.

___ Case does not settle.

___ Court sets further settlement conference on: _____
    at _____.

___ Counsel to file: _____

X  Time spent on settlement was: 1 1 hours.

___ OTHER:

DOCKETED ON CM
SEP 24 2004
BY _____ 009

NUTES FORM 11
- General

Initials of Deputy Clerk _____

(44)