1  Rod D. Margo (State Bar No.: 97706)
   Frank A. Silane (State Bar No.: 90940)
2  Scott D. Cunningham (State Bar No.: 200413)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile: (310) 557-1299
5
   Attorneys for Defendant
6  SINGAPORE AIRLINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  IN RE | CASE NO. 01-ML-1394 GAF (RCx) |
| 12  AIR CRASH AT TAIPEI, TAIWAN, ON OCTOBER 31, 2000 | This Document Relates to: |
| 13 | CASE NO. CV01-01755 GHK (RCx) *(The Estate of Surya Narayana Marellapudi, et al. v. Singapore Airlines, Ltd.)* |
| 16 | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |

18  Plaintiffs THE ESTATE OF SURYA NARAYANA
19  MARELLAPUDI, by and through its Successors in Interest, MARELLAPUDI
20  VENKATA CHALAPATHI SARMA and MARELLAPUDI SUBBALAKSHMI;
21  MARELLAPUDI VENKATA CHALAPATHI SARMA, individually; and
22  MARELLAPUDI SUBBALAKSHMI, individually, and defendant SINGAPORE
23  AIRLINES, LTD. ("SIA"), hereby request that the above referenced action be, and
24  hereby is, dismissed with prejudice as against all defendants pursuant to Federal
25  Rule of Civil Procedure 41 (a)(1); with all parties to bear their own costs.
26  //
27  //
28  //

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO.: CV01-01755 GHK (RCx)

| | | |
|---|---|---|
| 1 | Dated: November __, 2004 | GREENE, BROILLET, PANISH & WHEELER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | BRIAN J. PANISH |
| | | KEVIN R. BOYLE |
| 5 | | Attorneys for Plaintiffs |
| 6 | Dated: November _1_, 2004 | CONDON & FORSYTH LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | ROD D. MARGO |
| | | FRANK A. SILANE |
| 10 | | SCOTT D. CUNNINGHAM |
| | | Attorneys for Defendant |
| 11 | | SINGAPORE AIRLINES, LTD. |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Case No. CV01-01755, an individual case which is part of MDL Case No. 1394, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall treat the settlement amount of the above-captioned action as confidential pursuant to this Court's Case Management Order No. 1 dated July 19, 2001.

DATED: November 4, 2004

_____
Honorable Gary A. Feess
United States District Court Judge